UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>JUAN TOMAS VÉLEZ,<br>Defendant. | INDICTMENT<br>CRIMINAL NO. 25-513 (CVR)<br><br>VIOLATIONS:<br>18 U.S.C. § 2422(b)<br>18 U.S.C. § 2252A(a)(2)<br><br>TWO COUNTS &<br>FORFEITURE ALLEGATION |

THE GRAND JURY CHARGES:

### COUNT ONE
### Coercion and Enticement of a Minor
(Title 18, United States Code, Section 2422(b))

From on or about October 18, 2024, through on or about December 15, 2024, in the District of Puerto Rico and within the jurisdiction of this court, the defendant,

**JUAN TOMAS VÉLEZ,**

using a facility and means of interstate commerce, that is, an electronic device that was not manufactured in Puerto Rico, as well as internet instant messaging services and social media, did knowingly persuade, induce, entice, and coerce a minor, that is, a female minor while she was between 13 and 14 years old, to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, for which the defendant could be charged with a criminal offense under the laws of the United States of America and Puerto Rico, or attempted to do so. All in violation of Title 18, United States Code, Section 2422(b).

*United States v. Juan Tomas Vélez*
Indictment – Page 2 of 3

## COUNT TWO
**Receipt of Child Exploitation Material**
(Title 18, United States Code, Section 2252A(a)(2))

From on or about October 18, 2024, through on or about December 15, 2024, in the District of Puerto Rico and within the jurisdiction of this court, the defendant,

**JUAN TOMAS VÉLEZ,**

did knowingly receive or attempted to do so, using a means and facility of interstate and foreign commerce, and in or affecting interstate and foreign commerce by any means, including by electronic devices, any child pornography, as defined by Title 18, United States Code, Section 2256(8)(A). All in violation of Title 18, United States Code, Section 2252A(a)(2) and (b)(1).

## FORFEITURE ALLEGATIONS

The allegations of this Indictment are re-alleged as if fully set forth herein, for the purpose of alleging forfeiture.

If convicted of the offenses set forth above, **JUAN TOMAS VÉLEZ**, the defendant herein, shall forfeit to the United States any and all materials or property used or intended to be used in the production, possession, receipt, distribution, or transportation of child pornography. Such property includes, but is not limited to, any cellular phone and electronic devices used in the commission of the offense. All pursuant to Title 18, United States Code, Section 2253.

*United States v. Juan Tomas Vélez*
Indictment – Page 3 of 3

If convicted of the offenses set forth above, **JUAN TOMAS VÉLEZ**, the defendant herein, shall forfeit to the United States any and all materials or property used or intended to be used in the commission of the coercion and enticement of a minor. Such property includes, but is not limited to, any cellular phone, and electronic devices used in the commission of the offense. All pursuant to Title 18, United States Code, Section 2428.

W. STEPHEN MULDROW
United States Attorney

TRUE BILL,

*[signature]*

Jenifer Y. Hernández-Vega
Assistant United States Attorney
Chief, Child Exploitation & Immigration

Foreperson
Date: 12/10/2025

*[signature]*

Emelina M. Agrait-Barreto
Assistant United States Attorney
Child Exploitation & Immigration Unit